# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| The Wrongful Death Estate of J.W., a deceased minor child, by and through Brandon T. Wegner, as Wrongful Death Representative, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| vs. | ) ) | Civil Action No. 1:17-cv-00191-ABJ |
| FCA US LLC, | ) ) ) | |
| *Defendant*. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**To the Honorable United States Judge of Said Court:**

COME NOW, both Plaintiff and Defendant, by and through undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.

### I.

1. Plaintiff, is the Wrongful Death Estate of J.W., a deceased minor child, by and through Brandon T. Wegner, as Wrongful Death Representative; Defendant is FCA US LLC.

2. Plaintiff now moves to dismiss this suit with prejudice to re-filing.

3. Defendant, which has filed an Answer, agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

7. This dismissal is with prejudice as to re-filing.

8. Each side is to bear its own costs and attorney's fees.

9. Pursuant to the terms of Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice upon filing of this joint stipulation.

10. Accordingly, Plaintiff and Defendant jointly stipulate the Court may dismiss with prejudice all claims that Plaintiff asserted or could have asserted against Defendant in this lawsuit and that all costs of court incurred in connection with said causes of action are to be paid by the party incurring same.

Respectfully submitted,


  /s E. Todd Tracy
E. Todd Tracy (Attorney-in-Charge)
*Pro Hac Vice*
EToddTracy@vehiclesafetyfirm.com
Andrew G. Counts
*Pro Hac Vice*
ACounts@vehiclesafetyfirm.com
**The TRACY firm**
4701 Bengal Street
Dallas, Texas  75235
(214) 324-9000 – Phone
(972) 387-2205 – Fax

Jeremy D. Michaels, #5-1655
**Michaels and Michaels, PC**
222 South Gillette Ave., Ste. 701
Gillette, Wyoming 82716
Fax: (307) 687-1737
Email: jeremy@wylaw.net

Ryan P. Healy, #6-3509
**Healy Law Firm, LLC**
49 S. Main Street
P.O. Box 605
Sheridan, WY 82801
Fax: (307) 672-0187
Email: ryan@healylawwyo.com

**Attorneys for Plaintiff**



*And*

*/s/ Darin J. Lang*
Darin J. Lang (*Pro Hac Vice*)
**NELSON MULLINS RILEY & SCARBOROUGH**
1400 Wewatta Street, Suite 500
Denver CO 80202
Telephone: (303) 583-9922
Darin.lang@nelsonmullins.com

Lance E. Shurtleff, #6-3794
**HALL & EVANS, LLC**
866 N. 4th Street, Suite 3
Laramie, WY 82072
***Mailing Address:***
1001 Seventeenth Street, Suite 300
Denver, CO 80202

**COUNSEL FOR DEFENDANT FCA US LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of July, 2018, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Wyoming, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

  /s E. Todd Tracy
E. Todd Tracy
Andrew G. Counts