# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 JUL -3 PH 2:28
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| The Wrongful Death Estate of J.W., a deceased minor child, by and through Brandon T. Wegner, as Wrongful Death Representative,<br><br>*Plaintiff,*<br><br>vs.<br><br>FCA US LLC,<br><br>*Defendant.* | Civil Action No. 1:17-cv-00191-ABJ |

## ORDER

Pursuant to the Joint Stipulation of Plaintiff and Defendant, and good cause appearing, the above captioned case is hereby dismissed with prejudice and each party will bear its own costs and attorney's fees.

SIGNED on this 3rd day of July, 2018

Alan B. Johnson
United States District Judge